UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CURTIS LETZKUS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Case No. C21-0542-SKV<br><br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO REMAND |

　　Based on the parties' stipulation, this Court remands this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will reconsider the medical opinions and prior administrative medical findings. Should the Appeals Council remand to an ALJ, upon remand the ALJ will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing and issuing a new decision.

　　DATED this 28th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　*S. Kate Vaughan*
　　　　　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　[PROPOSED] ORDER - [C21-0542-SKV]

Presented by:

s/ Joseph J. Langkamer
JOSEPH J. LANGKAMER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2212
Fax: (206) 615-2531
joseph.langkamer@ssa.gov

Page 2     [PROPOSED] ORDER - [C21-0542-SKV]